UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JANETTE L. SHAFER,

                      Plaintiff,                      20 **CIVIL** 3060 (VSB)

      -v-                                            **JUDGMENT**

ANDREW SAUL,
Commissioner of Social Security,

                      Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 18, 2022, the Court has reviewed Judge Freeman's thorough and well-reasoned Report and Recommendation for clear error and, after careful review, found none. The Report and Recommendation is ADOPTED in its entirety, and this case is remanded for further proceedings consistent with the Report and Recommendation; accordingly, the case is closed.

**Dated:**  New York, New York
           March 21, 2022

                                                                    **RUBY J. KRAJICK**

                                                                    **Clerk of Court**
                                       **BY:**
                                                                      **Deputy Clerk**